## IN THE CIRCUIT COURT OF AMITE COUNTY, MISSISSIPPI

BRITTANY ANDERSON                                                            PLAINTIFF

VS.                                                   CAUSE NO. 19-CV-004-B

AMITE COUNTY SCHOOL DISTRICT                              DEFENDANT

### COMPLAINT

COMES NOW BRITTANY ANDERSON aggrieved by the actions of the Amite County School District; in support thereof would show the following to wit:

### PARTIES

**I.**

BRITTANY ANDERSON hereinafter, the "Plaintiff", is an adult resident citizen residing in Gloster, Mississippi.

**II.**

AMITE COUNTY SCHOOL DISTRICT is a public school district for purposes of this complaint with an address at 533 Maggie Street, Liberty, Ms 39645.

### JURISDICTION AND VENUE

**III.**

Venue is proper in the Circuit Court of Amite County, Mississippi wherein Defendant Amite County School District is located and where the alleged wrongful conduct occurred.

**IV.**

Defendant Amite County School District is a governmental entity and/or political subdivision of the State of Mississippi, created, organized and existing under the laws of the State of Mississippi. Plaintiff has complied with all administrative prerequisites and the Mississippi Tort Claims Act. Defendant's received Plaintiff's notice of intent to sue on February

FILED THIS DAY
JAN 10 2019
DEBBIE KIRKLAND, CIRCUIT CLERK


EXHIBIT A

19, 2018. This claim is authorized and instituted pursuant to the Fourth, Fifth and Fourteenth Amendments of the United States Constitution.

## FACTS

### V.

On or about January 12, 2018, a bus driver asked Brittany Anderson to come to her bus to discuss a discipline issue involving her child.

### VI.

Upon approaching the bus, a disagreement occurred between Ms. Bateaste and Plaintiff, resulting in Ms. Bateaste closing the door on Plaintiff and drove off dragging Plaintiff several feet.

### VII.

As a result Plaintiff's left arm and leg was jammed.

### VII.

Almost simultaneously, Ms Bateaste smashed the accelerator of the bus dragging Plaintiff several feet.

### VIII.

At the trial where Ms. Bateaste was found guilty of assault, she was quoted as saying "I could have killed her."

## CAUSES OF ACTION

## GROSS NEGLIGENCE

### IX.

Defendant showed no diligence, or care, and showed a reckless disregard for the safety and welfare of Plaintiff.

### X.

Ms. Bateaste, a bus driver, had a duty to ensure the safety of not only the Plaintiff but the children on the bus.

### XI.

Ms. Bateaste's actions were way below the standard of a bus driver, as a matter of fact she was grossly negligent.

## ASSAULT AND BATTERY

### XII.

By closing the door and driving off and dragging Plaintiff, said Defendant greatly harmed Plaintiff.

### XIII.

Ms. Bateaste intentionally closed the door on Plaintiff and dragged her causing her to suffer great bodily harm.

## Negligent Hiring

### XIV.

Amite County is liable for hiring Ms. Bateaste because she injured Plaintiff.

### XV.

Amite County School District knew or should have known that she was unfit.

## DAMAGES

### XVI.

Plaintiffs adopt and incorporate herein by reference all preceding paragraphs.

XVII.

As a proximate consequence of the actions of Defendant Amite County School District, Plaintiffs have suffered injuries for which the defendant is liable.

XVIII.

The actions of the defendant were the direct, proximate or contributing cause of the said injuries to Plaintiff.

XIX.

As a direct and proximate result of the defendant's negligence, gross negligence, reckless willful and wanton acts, the plaintiffs were seriously injured. The plaintiff are entitled to recover compensatory damages for any past, present, and future mental pain and suffering they experienced as a result of injuries sustained from the aforesaid actions.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs demand judgment against the defendant for actual damages in the amount of $1,000,000.00 and for punitive damages in the amount of $5,000,000.00 together with all costs incurred herein.

PLAINTIFF FURTHER DEMANDS TRIAL BY JURY

This the ___10th___ day of _January_ 2019.

Respectfully submitted,

*[signature]*

JEFFERY HARNESS, MSB# 103757
12 CHAMBLISS STREET
LOT B
FAYETTE, MS 39069
601-446-6769 PHONE
601-653-9611 Fax
attorneyjefferyharness@yahoo.com